IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JASON RAMIREZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>ABILITY RECOVERY SERVICES, LLC, et al.,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 6:23-cv-370-JDK<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL**

Plaintiff Jason Ramirez has voluntarily dismissed Defendants Credit Systems International, Inc. (Docket No. 10), Ability Recovery Services, LLC (Docket No. 20), Trans Union, LLC (Docket No. 24), and Experian Information Solutions, Inc. (Docket No. 26) with prejudice and Defendants LVNV Funding, LLC (Docket 18) and CMRE Financial Services, Inc. (Docket No. 23) without prejudice. Plaintiff and Defendant Equifax Information Services, LLC jointly stipulated to dismissal with prejudice (Docket No. 25).

Accordingly, pursuant to Plaintiff's voluntary dismissals under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff and Defendant Equifax's joint stipulation of dismissal under Rule 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** as stated above. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

1

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **18th** day of **January, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE